# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Alpha Oil & Gas Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Caliber Midstream Partners, L.P., | ) | |
| | ) | Case No. 4:14-cv-132 |
| Defendant. | ) | |

Before the court is Plaintiff's motion for attorney John C. Holper to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John C. Holper has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 5) is **GRANTED**. Attorney John C. Holper is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2014.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge